# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SSC NY CORP. f/k/a SUNRISE SECURITIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> COMPUTERSHARE INC., <br> Defendant. | Index No. 655967/2021 <br><br> **STIPULATION - TIME TO ANSWER** |

It is hereby stipulated and agreed, by and between Defendant Computershare Inc. and the undersigned counsel for Plaintiff SSC NY Corp., that:

1. Defendant's time to answer or move with respect to the Complaint is hereby extended through December 10, 2021.

2. Defendant waives any defense based on insufficiency of service of process.

3. This stipulation may be executed in counterparts, each of which when taken together shall be deemed one document, and a digital, emailed or photocopied signature shall act as an original.

Dated:  New York, New York
        October 28, 2021

| AMINI LLC | COMPUTERSHARE INC. |
|---|---|
| /s/ Jeffrey Chubak <br> Jeffrey Chubak <br> Attorneys for Plaintiff <br> 131 West 35th Street, 12th Floor <br> New York, New York 10001 <br> (212) 490-4700 | /s/ Daniel D'Angelo <br> Daniel D'Angelo <br> Senior Counsel <br> 150 Royall Street <br> Canton, MA 02021 <br> (781) 575-4411 |