**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SSC NY CORP. f/k/a SUNRISE SECURITIES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMPUTERSHARE INC.,<br><br>　　　　Defendant. | Civil Action No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Computershare Inc. ("Defendant") certifies that:

　　　　1.　　Computershare Inc. is not a publicly traded company;

　　　　2.　　Computershare Inc. is a wholly owned subsidiary of Computershare Investments (UK) (No. 8) Limited and Computershare Holdings Inc., which are not a publicly traded companies; and

　　　　3.　　Computershare Limited is the ultimate parent company of Computershare Inc. Computershare Limited is an Australian publicly traded company.

Dated: New York, New York
November 22, 2021 **MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.**

*/s/ Seth Goldman*
Seth Goldman, Esq.
Kaitlin Walsh, Esq.
666 Third Avenue
New York, NY 10017
Tel: (212) 935-3000
Fax: (212) 983-3115
srgoldman@mintz.com
krwalsh@mintz.com
*Counsel for Defendant Computershare Inc.*