UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SSC NY CORP., <br>         Plaintiff, <br><br>    -v- <br><br> COMPUTERSHARE INC., <br>         Defendant. | 21-CV-9709 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, County of New York, on November 22, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than December 10, 2021.

  Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by December 7, 2021.

  SO ORDERED.

Dated: November 24, 2021
    New York, New York

_____
J. PAUL OETKEN
United States District Judge