AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| SSC NY CORP. f/k/a SUNRISE SECURITIES | ) |
| *Plaintiff* | ) |
| v. | ) |
| COMPUTERSHARE, INC. | ) |
| *Defendant* | ) |

Case No.   21-cv-09709

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Computershare, Inc.                                                                          .

Date:     11/24/2021

*Kaitlin R Walsh*
*Attorney's signature*

Kaitlin Walsh, KW7263
*Printed name and bar number*
Mintz Levin Cohen Ferris Glovsky & Popeo PC
666 Third Avenue
New York, NY 10017

*Address*

krwalsh@mintz.com
*E-mail address*

(212) 935-3000
*Telephone number*

(212) 983-3115
*FAX number*