UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SSC NY CORP., formerly known as Sunrise Securities,<br><br>       Plaintiff,<br><br>v.<br><br>COMPUTERSHARE INC.,<br>       Defendant. | 21-cv-9709 (JPO)<br><br>**NOTICE OF APPEARANCE** |

  Jeffrey Chubak of the law firm Amini LLC hereby enters his appearance as counsel for the above-named Plaintiff.


Dated: New York, New York
    November 24, 2021

                 AMINI LLC

                 /s/ Jeffrey Chubak
                 Lita Beth Wright
                 Jeffrey Chubak
                 131 West 35th Street, 12th Floor
                 New York, New York 10001
                 (212) 490-4700
                 lbwright@aminillc.com
                 jchubak@aminillc.com
                 *Attorneys for Plaintiff*