UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SSC NY CORP., formerly known as Sunrise Securities,<br><br>                    Plaintiff,<br><br>v.<br><br>COMPUTERSHARE INC.,<br>                    Defendant. | 21-cv-9709 (JPO)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff, through its undersigned counsel, hereby certifies that it has no corporate parent.


Dated:  New York, New York
        November 24, 2021

AMINI LLC

/s/ Jeffrey Chubak
Lita Beth Wright
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
lbwright@aminillc.com
jchubak@aminillc.com
*Attorneys for Plaintiff*