**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
Seth R. Goldman, Esq.
Kaitlin R. Walsh, Esq.
666 Third Avenue
New York, New York 10017
Tel: (212) 935-3000
Fax: (212) 983-3115
Email: srgoldman@mintz.com
Email: krwalsh@mintz.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SSC NY CORP. f/k/a SUNRISE SECURITIES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMPUTERSHARE INC.,<br><br>　　　　Defendant. | Civil Action No. 21-cv-09709<br><br>**DEFENDANT'S MOTION TO DISMISS** |

　　　　PLEASE TAKE NOTICE that upon the annexed Affirmation of Kaitlin R. Walsh, and the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, Defendant Computershare Inc., by and through its counsel, Mintz Levin Cohn Ferris Glovsky & Popeo, P.C., hereby moves this Court in the above-captioned action before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York, 10007, for an order dismissing with prejudice the claims against Computershare Inc. in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
December 10, 2021  **MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.**

*/ s /  Seth R. Goldman*
Seth R. Goldman, Esq.
Kaitlin R. Walsh, Esq.
666 Third Avenue
New York, NY 10017
Tel: (212) 935-3000
Fax: (212) 983-3115
srgoldman@mintz.com
krwalsh@mintz.com

*Counsel for Defendant Computershare Inc.*

## **CERTIFICATE OF SERVICE**

     I, Seth Goldman, herby certify that on December 10, 2021, a true and correct copy of the foregoing was filed and served electronically upon Jeffrey Chubak, counsel for Plaintiff.

*/s/ Seth Goldman*
Seth Goldman