**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
Seth R. Goldman, Esq.
Kaitlin R. Walsh, Esq.
666 Third Avenue
New York, New York 10017
Tel: (212) 935-3000
Fax: (212) 983-3115
Email: srgoldman@mintz.com
Email: krwalsh@mintz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SSC NY CORP. f/k/a SUNRISE SECURITIES, <br><br>  Plaintiff, <br><br>  v. <br><br> COMPUTERSHARE INC., <br><br>  Defendant. | Civil Action No. 21-cv-09709 <br><br> **AFFIRMATION OF KAITLIN R. WALSH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

    **KAITLIN R. WALSH**, an attorney duly admitted to practice law before the Courts of New York, declares the following under penalty of perjury:

    1. I am Of Counsel at Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., counsel for Defendant Computershare Inc. ("Computershare" or "Defendant"). I submit this affirmation in further support of Defendant's motion to dismiss the complaint.

    2. Annexed hereto as Exhibit A is a true and correct copy of the Summons and Complaint filed in *SSC NY Corp. f/k/a Sunrise Securities Corp. v. Inveshare Inc.* (the "State Court Action"), Index No. 655048/2016, Dkt. No. 1 (N.Y. Cty. Sup. Ct. Sept. 22, 2016) as Docket No. 1.

    3. Annexed hereto as Exhibit B is a true and correct copy of an email thread dated May 8, 2018, filed in the State Court Action as Docket No. 227.

4. Annexed hereto as Exhibit C is a true and correct copy of the Affirmation of Davidi Gilo in Opposition to Plaintiff's Motion for Preliminary Injunction, filed in the State Court Action as Docket No. 11.

5. Annexed hereto as Exhibit D is a true and correct copy of Defendant's Memorandum of Law in Support of its Motion for Summary Judgment filed in the State Court Action as Docket No. 220.

6. Annexed hereto as Exhibit E is a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment filed in the State Court Action as Docket No. 239.

7. Annexed hereto as Exhibit F is a true and correct copy of the Proposed Order to Show Cause filed in the State Court Action as Docket No 2.

8. Annexed hereto as Exhibit G is a true and correct copy of Defendant Inveshare Inc.'s Memorandum of Law in Opposition to Motion for Preliminary Injunction filed in the State Court Action as Docket No. 21.

9. Annexed hereto as Exhibit H is a true and correct copy of the Notice of Withdrawal of Motion filed in the State Court Action as Docket No. 22.

10. Annexed hereto as Exhibit I is a true and correct copy of the docket sheet for the State Court Action.

11. Annexed hereto as Exhibit J is a true and correct copy of the transcript of summary judgment oral argument in the State Court Action posted as Docket No. 246 in the State Court Action.

12. Annexed hereto as Exhibit K is a true and correct copy of the January 17, 2020 Affirmation of Danielle C. Lesser filed in the State Court Action as Docket No. 262.

13. Annexed hereto as Exhibit L is a true and correct copy of the June 15, 2020 Decision and Order filed in the State Court Action as Docket No. 280.

14. Annexed hereto as Exhibit M is a true and correct copy of the May 27, 2021 Affirmation of Noam Besdin in Support of Motion for Default Judgment filed in the State Court Action as Docket No. 278.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 10, 2021

**MINTZ LEVIN COHN**
**FERRIS GLOVSKY & POPEO, P.C.**

*/s/  Kaitlin R. Walsh*
Seth R. Goldman, Esq.
Kaitlin R. Walsh, Esq.
666 Third Avenue
New York, NY 10017
Tel: (212) 935-3000
Fax: (212) 983-3115
srgoldman@mintz.com
krwalsh@mintz.com

*Counsel for Defendant Computershare Inc.*