# AMINI LLC

**Jeffrey Chubak**  
MEMBER NY & NJ BARS

212.497.8247  
jchubak@aminillc.com

December 20, 2021

**By ECF**

Hon. J. Paul Oetken  
U.S. District Court for the Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: SSC NY Corp. v. Computershare Inc. 21-cv-09709

Dear Judge Oetken:

We represent the plaintiff herein and write pursuant to Individual Practice 3.D to advise that we intend to file an amended complaint by January 14, 2022.  Defendant has consented to our filing an amended complaint by such date.

Respectfully,

/s/ Jeffrey Chubak

cc: counsel of record