UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SSC NY CORP., formerly known as Sunrise Securities,<br><br>                           Plaintiff,<br><br>v.<br><br>COMPUTERSHARE INC., DAVIDI GILO, RENATA RISTOVA-GILO and GILO VENTURES LLC,<br><br>                           Defendants. | 21-cv-9709 (JPO)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff SSC NY Corp. f/k/a Sunrise Securities Corp. ("Sunrise") and Defendant Computershare Inc., that Sunrise's time to file an amended complaint is extended through January 14, 2022, and Computershare's time to respond to the amended complaint is extended through February 11, 2022.

Dated: New York, New York
         January 14, 2022

| AMINI LLC | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C. |
|---|---|
| /s/ Jeffrey Chubak<br>Jeffrey Chubak<br>131 West 35th Street, 12th Floor<br>New York, New York 10001<br>(212) 490-4700<br>jchubak@aminillc.com<br>Attorneys for SSC NY Corp. f/k/a Sunrise Securities Corp. | /s/ Kaitlin R Walsh<br>Kaitlin Walsh<br>666 Third Avenue, 25th Floor<br>New York, NY 10017<br>(212) 935-3000<br>krwalsh@mintz.com<br>Attorneys for Defendant Computershare Inc. |