**Seth R. Goldman**
212 692 6845
srgoldman@mintz.com



MINTZ

Chrysler Center
666 Third Avenue
New York, NY  10017
212 935 3000
mintz.com

February 11, 2022

<u>**Via ECF**</u>

Hon. J. Paul Oetken
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>SSC NY Corp. v. Computershare Inc., et al. 21-cv-09709</u>

Dear Judge Oetken:

We represent defendant Computershare Inc. and write in response to the letter motion filed by counsel to the plaintiff SSC NY Corp. on January 31, 2022 [Docket No. 20] (the "<u>Letter Motion</u>") pursuant to which plaintiff requested a status conference to address a potential jurisdictional issue raised by its addition of the Gilo Defendants (as defined in the Letter Motion) as defendants to the amended complaint.

Computershare welcomes a status conference at the Court's convenience to discuss the circumstances pursuant to which the Gilo Defendants were added to the amended complaint and the potential jurisdictional issues related thereto. In light of these issues, we have conferred with plaintiff's counsel regarding Computershare's time to respond to the amended complaint.  We have agreed to a three-week extension, to March 4, 2022, with the understanding that a further extension may be necessary while this threshold issue is resolved.

To the best of our knowledge, service on the GIlo Defendants has not yet been effectuated, and Plaintiff's ability to serve all of the Gilo Defendants appears to be questionable.  We note that, despite plaintiff's suggestion to the contrary, Computershare has no business dealings with the Gilo Defendants that would provide Computershare with any insight into these issues.

Respectfully submitted,

/s/ Seth R. Goldman

Member / Chair, Litigation and Employment Division

cc: counsel of record

121936770v.1